1  LEVITT LAW APC
   Scott L. Levitt, Esq. SBN 225036
2  311 Main Street, #8
   Seal Beach, CA 90740
3  scott@levittlawca.com
   f: 562.493.7562
4  v:562.493.7548

6  Attorneys for Plaintiff
   Our Clean Waters

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| OUR CLEAN WATERS, | Case No. 2:18-cv-00061 –PSG- (ASx) |
|---|---|
| Plaintiff, | **REQUEST FOR COURT EXECUTION OF CONSENT DECREE** |
| v. | |
| VALMONT INDUSTRIES, INC., a Delaware corporation d/b/a Calwest; DOES 1 through 10, inclusive | |
| Defendant. | |

**PLEASE TAKE NOTICE** that on January 3, 2017 a mutually executed and mutually approved by counsel, Consent Decree was filed with the Court (attached hereto as Exhibit).  Included in the Consent Decree is a signature page for the Court to sign, approving such decree.

By statue, the Department of Justice and Environmental Protection Agency have a forty-five (45) day review period, in which either can file an objection with this Court.  If no such rejection is received, it is to be presumed waived, and the Court may proceed with executing the decree.

The Department of Justice received its copy of the Consent Decree on January 3, 2018.  The EPA was sent its copies, via certified mail on January 3, 2018.

The departments' review period expired on February 18, 2018.  The departments did not file any objection to the Consent Decree as of today, February

22, 2018.  We request that this Court execute the Consent Decree, and thereafter close this case.

Dated: February 22, 2018

Respectfully submitted,

Levitt Law, APC
Scott L. Levitt, Esq.

*/s/ **Scott L. Levitt***
*Attorney for Plaintiff*
*OUR CLEAN WATERS*

## **CERTIFICATE OF SERVICE**

I certify that on February 22, 2018, I caused the foregoing **REQUEST TO SIGN DECREE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all parties.

DATED:  February 22, 2018                         LEVITT LAW, APC


                                                  By: /s/  Scott L. Levitt

1